UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD NEIL JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>        Defendant. | Case No. EDCV 14-1435 FFM<br><br>JUDGMENT |

     In accordance with the Memorandum Decision and Order filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: February 12, 2016

                                                    /S/ FREDERICK F. MUMM
                                                     FREDERICK F. MUMM
                                             United States Magistrate Judge